IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Harrell, Patricia A

Printed: 10/22/08

Case Number: 05 B 35705
Judge: Goldgar, A. Benjamin
Filed: 9/7/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: October 16, 2008
Confirmed: November 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 50,400.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 46,340.17 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,300.00 |
| Trustee Fee: |  | 2,759.83 |
| Other Funds: |  | 0.00 |
| Totals: | 50,400.00 | 50,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 1,300.00 | 1,300.00 |
| 2. | Resurgent Capital Services | Unsecured | 7,026.01 | 8,013.74 |
| 3. | Capital One | Unsecured | 1,241.98 | 1,416.59 |
| 4. | Specialized Management Consultants | Unsecured | 915.02 | 1,043.80 |
| 5. | Discover Financial Services | Unsecured | 3,492.24 | 3,983.75 |
| 6. | ECast Settlement Corp | Unsecured | 4,430.76 | 5,053.68 |
| 7. | ECast Settlement Corp | Unsecured | 6,299.39 | 7,185.98 |
| 8. | ECast Settlement Corp | Unsecured | 2,789.39 | 3,181.99 |
| 9. | ECast Settlement Corp | Unsecured | 3,724.25 | 4,248.42 |
| 10. | Resurgent Capital Services | Unsecured | 3,426.32 | 3,908.05 |
| 11. | Resurgent Capital Services | Unsecured | 1,441.77 | 1,644.46 |
| 12. | Resurgent Capital Services | Unsecured | 2,194.71 | 2,503.27 |
| 13. | Resurgent Capital Services | Unsecured | 3,644.11 | 4,156.44 |
| 14. | BP Amoco | Unsecured |  | No Claim Filed |
| 15. | Bank Of America | Unsecured |  | No Claim Filed |
| 16. | Chase Advantage Credit | Unsecured |  | No Claim Filed |
| 17. | Lane Bryant | Unsecured |  | No Claim Filed |
| 18. | US Bank | Unsecured |  | No Claim Filed |
| 19. | National City Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 41,925.95 | $ 47,640.17 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Harrell, Patricia A

Printed: 10/22/08

Case Number:  05 B 35705
Judge:  Goldgar, A. Benjamin
Filed:  9/7/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 689.70 |
| 5% | 209.98 |
| 4.8% | 403.19 |
| 5.4% | 907.10 |
| 6.5% | 549.86 |
| | $ 2,759.83 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

